1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3705
7  Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

8

9  Attorneys for Applicant

10           UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13                              )    No. CR 3:92-MJ-00034
                                )
14  IN THE MATTER OF A          )    **UNITED STATES' MOTION TO**
    CRIMINAL COMPLAINT          )    **DISMISS CRIMINAL COMPLAINT**
15                              )    **AND [PROPOSED] ORDER**
                                )
16  _____)

17

18       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

19  United States Attorney for the Northern District of California dismisses the above-captioned

20  complaint and moves that the Court quash the arrest warrant issued in connection with the

21  complaint in this case.

22

23  DATED: September 21, 2010                Respectfully Submitted,

24                                           MELINDA HAAG
                                             United States Attorney
25

26

27                                     For  JAMES C. MANN
                                            Assistant United States Attorney

28

MOTION TO DISMISS CRIMINAL COMPLAINT
CR 3:92-MJ-00034                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 3:92-MJ-00034.  It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: 22 Sept 2010

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

MOTION TO DISMISS CRIMINAL COMPLAINT
CR 3:92-MJ-00034                              2